# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | WALTER C. KABAT |
| **Case Number:** | 2:12-bk-00359-SSC  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 10, 2014 11:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | FAYE HOLTHAUS |
| **Reporter / ECR:** | EILEEN DOOLEY |

## Matter:

CONTINUED HEARING ON CONFIRMATION OF DEBTOR'S PLAN

**R / M #:** 212 / 0

## Appearances:

ALLAN D. NEWDELMAN, ATTORNEY FOR WALTER C. KABAT
STEVEN STERN, ATTORNEY FOR THE BANK OF NEW YORK MELLON (T)
PETER SORENSEN, ATTORNEY FOR THE BANK OF NEW YORK MELLON

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 2:12-bk-00359-SSC          TUESDAY, JUNE 10, 2014 11:00 AM

*Proceedings:*

Mr. NewDelman informs the court that Mr. Sorensen has been retained to represent the bank in the adversary proceeding; however, that adversary has no baring on confirmation of the plan. Mr. NewDelman goes on to discuss the supplemental objection filed by Mr. Stern. He asks that the court confirm the plan over that objection based on the previously agreed to stipulation by the parties, which the bank is now disputing.

Mr. Stern states that it is his understanding that the settlement broke down over the escrow dispute. He further states that the adversary proceeding (12-753) is still pending and an order has not been entered, nor was the stipulation signed by the bank.

**The court reviews the pleadings and notes that a final stipulation (after the issue with the escrow account was resolved) has not been executed by all parties. The court proposes granting the stipulation that was signed by all parties (Exhibit J), but striking the paragraph that relates to the escrow shortage, which is what caused the drafting of the amended stipulation that did not get signed.**

Mr. Stern asks that Mr. NewDelman waive any claim he has concerning the bank being responsible for the HOA dues.

Mr. NewDelman waives any claim concerning the payment of the HOA dues.

**The court notes that agreement of the parties is that payment of the HOA dues are the responsibility of the debtor.**

**IT IS ORDERED APPROVING THE FEBRUARY 20, 2014 STIPULATION (EXHIBIT J); HOWEVER, THE PARAGRAPH CONCERNING THE ESCROW ARREARAGES IS STRICKEN (PAGE 2, LINES 21 TO END OF PAGE, THEN PAGE THREE, LINES 1-2). IT IS FURTHER ORDERED CONFIRMING THE PLAN. MR. NEWDELMAN IS TO AMEND THE DECLARATION ACCORDINGLY AND LODGE THE STIPULATED CONFIRMATION ORDER.**

**IT IS FURTHER ORDERED APPROVING THE STIPULATION OF THE PARTIES THAT THE DEBTOR IS RESPONSIBLE FOR THE HOA FEES AND ANY CLAIM TO THE CONTRARY IS WAIVED. MR. STERN MAY LODGE AN APPROPRIATE FORM OF ORDER.**

Page 2 of 2

Case 2:12-bk-00359-SSC    Doc 447    Filed 06/10/14    Entered 06/10/14 13:15:16    Desc
Main Document    Page 2 of 2                                              06/10/2014    1:14:51PM